IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | **8:17CV421** |
| vs. | |
| O CHK, INC., | **ORDER** |
| Defendant. | |

On October 31, 2017, Plaintiff filed his complaint (Filing No. 1), and summons was issued as to the Defendant (Filing No. 4). Counsel for Defendant subsequently entered appearances. (Filing Nos. 5 & 6). Nothing further has been filed in the case. Accordingly,

IT IS ORDERED:

1) On or before March 9, 2018, Plaintiff shall file a motion for the clerk's entry of default (see NECivR 55.1), in the absence of which this case may be dismissed for want of prosecution and without further notice.

2) The clerk shall set a case management deadline for March 12, 2018.

Dated this 7th day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge